# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH ANORUO,
             Appellant,
        vs.
VALLEY HEALTH SYSTEM, INC.,
D/B/A SUMMERLIN HOSPITAL AND
MEDICAL CENTER,
             Respondent.

No. 81579

FILED

OCT 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order entered on May 27, 2020.[1] Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The May 27, 2020, document challenged in this appeal is a form, apparently filled out by the clerk of the district court, indicating that a default or dismissal is being returned because an appearance or answer was filed on October 22, 2018, and a dismissal was already signed or filed in a November 28, 2018, minute order. The form also lists a January 10, 2019, order granting dismissal, a January 16, 2019, minute order, and a March 15, 2020, order denying a renewal motion. No

---

[1]The notice of appeal was labeled an amended notice of appeal and originally filed in Docket No. 80467. Pursuant to this court's August 4, 2020, order in Docket No. 80467, the amended notice of appeal was filed as a new appeal and was assigned Docket No. 81579.

statute or court rules permits an appeal from such a document.[2] *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction over this appeal and

ORDERS this appeal DISMISSED.[3]

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                      Silver


cc:     Hon. Mary Kay Holthus, District Judge
        Joseph Anoruo
        Littler Mendelson, P.C./Las Vegas
        Eighth District Court Clerk

---

[2]It is also noted that the document does not bear a caption or case number and does not appear to be signed by the district court.

[3]Appellant's motion for an extension of time to file the transcript request form is granted. NRAP 26(b)(1)(A). The clerk shall file the transcript request form received on October 1, 2020.